

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00377-CV

| | | |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY, INC., Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-323539-21) |
| V. | § | August 11, 2022 |
| MICHAEL NAZARIAN MD ASSOC. LLC, Appellee | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a judgment affirming the arbitrator's decision.

It is further ordered that appellee Michael Nazarian MD Assoc., LLC, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker